**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                                         **DATE:** July 7, 2015
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:**  Digitally Recorded

**TITLE OF CASE:**                                                          **DOCKET  # 15-1507(DEA)**
UNITED STATES OF AMERICA
      vs.
JAMES PAROLINE

      **DEFT. PRESENT**

**APPEARANCES:**
Brendan Day, AUSA for Government.
Andrea Bergman, AFPD/Esq. for Defendant.
Laurie Nadler, Pretrial Services

**Nature of Proceedings**:     INITIAL APPEARANCE
  Application by defendant for appointment of counsel.
  Financial affidavit submitted/filed.
  Ordered application granted.
  Initial appearance held.
  Defendant advised of his/her rights, charges and penalties
  Counsel waives formal reading of the Complaint
  Defendant consents to detention
  Ordered defendant remanded to the custody of US Marshals.
  Government to submit Detention Order


  **Time Commenced: 3:56 P.M.**
  **Time Adjourned: 4:02 P.M.**
  **Total Time: (5)**

                                                s/Charmaine D. Ellington
                                                DEPUTY CLERK