## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. _____ 15-1507(DEA) _____ |
| V. | : | |
| | : | NOTICE OF ATTORNEY APPEARANCE |
| JAMES PAROLINE | : | |

SIR:

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR __JAMES PAROLINE__, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 7/8/2015

SIGNATURE: _[signature]_

NAME: __DEAN SCHNEIDER__
(Please Print)

FIRM NAME: Schneider Frieberger, P.C.

ADDRESS: 12 Reckless Place, P.O. Box 8219

TELEPHONE NUMBER: (732) 747-0100