UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | DOCKET #: 15-1507(DEA) |
|  | : | |
| v. | : | |
|  | : | ORDER |
| JAMES PAROLINE | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **ANDREA BERGMAN** from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge