**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                              **DATE:** September 25, 2015
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                              **DOCKET # 15-1507(DEA)**
UNITED STATES OF AMERICA
      vs.
JAMES PAROLINE

    **DEFT. PRESENT**

**APPEARANCES:**
Brendan Day, AUSA for Government.
Darren Gelber, Esq. for Defendant.
Laurie Nadler, Pretrial Services

**Nature of Proceedings:**   Bail Hearing

Defendant advised of his rights, charges and penalties.
Hearing on application of Defendant for Bail;
Ordered application DENIED; Order to be entered.
Ordered defendant remanded to the Custody of the US Marshal.

**Time Commenced: 11:07 AM**
**Time Adjourned: 11:33 AM**
**Total Time: (25)**

                                                             s/Charmaine D. Ellington
                                                             DEPUTY CLERK